

# JUDGMENT

# The Fifteenth Court of Appeals

## NO. 15-25-00211-CV

STEVE VAN HORNE, Appellant

V.

TEXAS HEALTH AND HUMAN SERVICES, Appellee

This cause, an appeal from an "order denying affidavit to proceed in forma pauperis," signed August 14, 2025, was heard on the appellate record. We have inspected record and find no error in the order. We order the order of the court below **AFFIRMED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Steve Van Horne. We further order this decision certified below for observance.

Judgment Rendered December 23, 2025.

Panel consists of Chief Justice Brister and Justices Field and Farris.
Opinion delivered Per Curiam.